# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO. 2:15-CV-00247-JRG-RSP |
| v. | ) |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| NINTENDO OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE ENTER the appearance of Patricia L. Peden of LeClairRyan LLP on behalf of Defendant PixArt Imaging Inc. in the above-captioned matter. All pleadings, discovery, correspondence, and other materials should be served upon her at the mail and email address below.

Dated: May 6, 2015

Respectfully submitted,

*/s/ Patricia L. Peden*

Duane H. Mathiowetz (CA Bar No. 111831)
(admitted in the E.D. Texas) – lead counsel
Patricia L. Peden (CA Bar No. 206440)
(admitted in the E.D. Texas)
Rick C. Chang (CA Bar No. 209515)
(admitted in the E.D. Texas)
LeClairRyan LLP
44 Montgomery Street
Eighteenth Floor
San Francisco, CA 94104
Telephone (415) 391-7111
Facsimile (415) 391-8766
duane.mathiowetz@leclairryan.com
patricia.peden@leclairryan.com
rick.chang@leclairryan.com

*Attorneys for Defendant PixArt Imaging Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2015, the foregoing Notice of Appearance was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

*/s/ Patricia L. Peden*
Patricia L. Peden
