# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**NINTENDO OF AMERICA INC.**, a Washington Corporation; **NINTENDO CO., LTD**, a Japanese Corporation; **GAME X CHANGE, INC.**, an Arkansas Corporation; **GAMES2GO**, a business in the Eastern District of Texas, and **PIXART IMAGING, INC.**, a Taiwanese Corporation,<br><br>Defendants | Civil Action No. 2:15-cv-247 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES FOR CONTENTIONS

On this date came for consideration the Unopposed Motion for Extension of Deadlines for Contentions. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Extension of Deadlines for Contentions be and hereby is GRANTED

Accordingly, the deadline for Plaintiff to comply with P.R. 3-1 and P.R. 3-2 is extended up to and including May 29, 2015. Further, the deadline for Defendants to comply with P.R. 3-3 and P.R. 3-4 is extended up to and including July 24, 2015.

**Signed this date.**

**May 18, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE