IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNCPOINT IMAGING, LLC | § § § | |
| v. | § § § | Case No. 2:15-cv-00247-JRG-RSP |
| NINTENDO OF AMERICA INC.; NINTENDO CO., LTD; GAME X CHANGE, INC.; GAMES2GO; PIXART IMAGING, INC. | § § § § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Don Tiller as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to don.tiller@dtillerlawpllc.com.

For claim construction materials that have already been filed as of the date of this Order, the filing party is ORDERED to provide copies to Mr. Tiller no later than Friday, September 11, 2015. For claim construction materials that are filed on or after the date of this Order, the filing party is ORDERED to provide copies to Mr. Tiller no later than one business day after filing.

**SIGNED this 9th day of September, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE