IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNCPOINT IMAGING, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:15-MC-4-JRG |
| NINTENDO OF AMERICA INC., ET AL., | § | |
| *Defendants*. | § | |
| SYNCPOINT IMAGING, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:15-CV-247-JRG-RSP |
| | § | (LEAD CASE) |
| NINTENDO OF AMERICA INC., ET AL., | § | |
| *Defendants*. | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** Case No. 2:15-MC-4-JRG to the Honorable Roy S. Payne for all pretrial purposes.

Furthermore, the Court has reviewed the pleadings and has observed that the motion to quash in Case No. 2:15-MC-4-JRG relates to the factual issues before the Court in 2:15-CV-247-JRG-RSP. In order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby **CONSOLIDATES** the cases, with Case No. 2:15-CV-247-JRG-RSP designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**So Ordered and Signed on this**

**Oct 8, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE