UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SYNCPOINT IMAGING, LLC

v.   CIVIL ACTION NO. 2:15-cv-00247-JRG-RSP

NINTENDO OF AMERICA INC., a Washington Corporation; NINTENDO CO., LTD, a Japanese Corporation; GAME X CHANGE, INC., an Arkansas Corporation; GAMES2GO, a business in the Eastern District of Texas, and PIXART IMAGING, INC., a Taiwanese Corporation,

## M<span style="font-variant:small-caps">ediator's</span> R<span style="font-variant:small-caps">eport</span>

Pursuant to the Court's order mediation was conducted on November 23, 2015. All appropriate parties appeared and participated. No settlement was reached, and I suspended the mediation session. I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

## C<span style="font-variant:small-caps">ertificate of</span> S<span style="font-variant:small-caps">ervice</span>

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on November 24, 2015.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR