UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NINTENDO OF AMERICA INC., et al., <br><br> Defendants. | **No. 2:15-cv-00247-JRG-RSP** <br> [Jury Trial Demanded] |

**Notice of Compliance Regarding Submission of Letter Brief**

In compliance with the Court's Standing Order regarding Submission of Letter Briefs and the Docket Control Order entered by the Court on July 16, 2015 (Dkt. No. 103) Nintendo Co., Ltd. and Nintendo of America Inc., hereby notify the Court that they respectfully submit their letter requesting permission to file a motion for summary judgment of noninfringement of U.S. Patent No. 6,275,214. A copy of the letter brief is attached hereto as Exhibit 1.

Dated: December 7, 2015        Respectfully submitted,

By:     /s/ *Ryan B. Hawkins*
        Ryan B. Hawkins

Grant Kinsel (lead attorney)
CA Bar No. 172407
Email: gkinsel@perkinscoie.com
Kyle M. Amborn
Email: kamborn@perkinscoie.com
Kevin A. Zeck
Wash. St. Bar No. 41689
Email: kzeck@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206.359.3002
Fax: 206.359.4002

Ryan B. Hawkins
Ca Bar No. 256146
Email: rhawkins@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Tel: 858.720-5700
Fax: 858.720-5799

Clyde M. Siebman
Siebman, Burg, Philips &
Smith, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:    903.870.0070
Fax:    903.870-0066
email: Siebman@siebman.com

Attorneys for Nintendo Co., Ltd.
and Nintendo of America Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2015. All other counsel of record will be served by e-mail on this same date.

/s/ *Ryan B. Hawkins*
Ryan B. Hawkins