General Order 15-22

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## GENERAL ORDER TRANSFERRING MARSHALL DIVISION CIVIL CASES

For effective disposition of cases in the Eastern District of Texas, the following Marshall Division Civil cases are hereby transferred to Senior U.S. District Judge Thad Heartfield:

1. 2:14-cv-067    Randy Lahman, et al v. JLG Industries, et al
2. 2:15-cv-247    SyncPoint Imaging, LLC v. Nintendo of America Inc., et al
3. 2:15-cv-353    Eclipse IP LLC v. Alfa Vitamin Laboratories, Inc.
4. 2:15-cv-988    Red Anvil LLC v. Velocity Micro, Inc.
5. 2:15-cv-1129   Rothschild Connected Devices Innovations, LLC v. Legrand North America, Inc. d/b/a Legrand
6. 2:15-cv-1172   Symbology Innovations, LLC v. American Express Company
7. 2:15-cv-1220   Perdiemco, LLC. v. Forward Thinking Systems LLC
8. 2:15-cv-1320   Cryptopeak Solutions, LLC v. VUDU, Inc.
9. 2:15-cv-1350   Data Carriers, LLC v. Acorda Therapeutics, Inc.
10. 2:15-cv-1353  Data Carriers, LLC v. Alkermes, Inc.
11. 2:15-cv-1388  Charles C. Freeny, III, et al v. E-Z Mart Stores, Inc.
12. 2:15-cv-1537  Minero Digital, LLC v. Amazon.com, Inc., et al

**So ordered and signed on**
Dec 11, 2015

_____
Ron Clark, United States District Judge