**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYNCPOINT IMAGING, LLC | § § | |
| v. | § § | Case No. 2:15-CV-247-JRG-RSP |
| NINTENDO OF AMERICA, INC., ET AL. | § § | |

**Markman Hearing
MAG. JUDGE ROY PAYNE PRESIDING
October 30, 2015**

**OPEN: 9:00 am**                                       **ADJOURN: 1:50 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERK: | Richard Chen |
| COURT REPORTER: | Tonya Jackson |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Elizabeth DeRieux announced ready and introduced co-counsel. Clyde Siebman announced ready and introduced co-counsel for defendant, Nintendo. Claire Henry announced ready and introduced co-counsel for defendant, PixArt.

The Court heard argument on a term by term basis. Joe Pia and Sandeep Seth presented argument on behalf of Plaintiff. Grant Kinsel and Duane Mathiowetz presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.

The Court then heard argument on Defendant PixArt Imaging Inc.'s Motion to Compel Arbitration (Dkt. No. 46). Duane Mathiowetz argued for PixArt. Robert Aycock and Joe Pia argued for plaintiff.

The parties argued Nintendo's Motion for Protective Order to Prevent SyncPoint From Using Nintendo's Source Code to Amend Infringement Contentions in Violation of L.R. 3-1(g) (Dkt. No. 124).

The final motion heard was Plaintiff's Motion to Compel Nintendo to Produce Documents and Testimony, and to Award Fees and Costs (Dkt. No. 141).

After the lunch break, Joe Pia informed the Court of the agreements reached to the Motion to Compel and the Motion to Quash.   Mr. Kinsel responded.

1:50 - Court adjourned.