# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>**NINTENDO OF AMERICA INC.**, a Washington Corporation; **NINTENDO CO., LTD**, a Japanese Corporation; **GAME X CHANGE, INC.**, an Arkansas Corporation; **GAMES2GO**, a business in the Eastern District of Texas, and **PIXART IMAGING, INC.**, a Taiwanese Corporation,<br><br>    Defendants | Civil Action No. 2:15-cv-247<br><br><br><br>**(JURY TRIAL DEMANDED)** |

## NOTICE OF ACTION IN A RELATED MATTER

Plaintiff SyncPoint Imaging, LLC hereby notifies the Court of activity in a related matter, namely, In re Karl Hansen and Lisa Hansen, 12-11907-JMD Dkt. 39 (United States Bankruptcy Court, District of New Hampshire, December 22, 2015).  Attached hereto are the motion Dkt. 39 and attachment 39-2.

Dated: December 22, 2015         Respectfully Submitted,

                  /s/ D. Jeffrey Rambin
                  Elizabeth L. DeRieux
                  State Bar No. 05770585
                  ederieux@capshawlaw.com
                  D. Jeffrey Rambin

State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

Joseph G. Pia
State Bar No. 24093854
joe.pia@padrm.com
Pia Anderson Dorius Reynard & Moss
TX: 904 Meadow Lane
Southlake, Texas 76092
UT: 222 South Main St., Suite 1830
Salt Lake City, Utah  84101
Phone: (801) 350-9000
Fax: (801) 350-9010

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 22, 2015.

/s/ D. Jeffrey Rambin
