# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:15-CV-00247-<br>) JRG-RSP ) |
| | ) **JURY TRIAL DEMANDED** |
| NINTENDO OF AMERICA INC. et al. | ) ) |
| Defendants. | ) |

## NOTICE OF RELEVANT DETERMINATION FROM RELATED PROCEEDINGS

Defendant PixArt Imaging, Inc. ("PixArt") hereby notifies the Court of activity in a related matter. On June 8, 2015, PixArt filed a Petition seeking to institute an *inter partes review* of claims 1-11, 17-21, and 24-26 of U.S. Patent No. 6,275,214 B1 (the '214 patent)—the only patent asserted by Plaintiff in the above-captioned case.[1]

On December 16, 2015, the Patent Trial and Appeal Board instituted an *inter partes* review of claims 1-11, 17-19, and 24-26 of the '214 patent.[2] Attached hereto as Exhibit A is a true and correct copy of the PTAB decision instituting the IPR.

Dated: December 29, 2015          Respectfully submitted,

                                                 */s/ Patricia L. Peden*

                                                 Patricia L. Peden (CA Bar No. 206440)
                                                 (admitted in the E.D. Texas)
                                                 Duane H. Mathiowetz (CA Bar No. 111831)
                                                 (admitted in the E.D. Texas) – lead counsel
                                                 Rick C. Chang (CA Bar No. 209515)
                                                 (admitted in the E.D. Texas)
                                                 LeClairRyan LLP

---

[1] Case No. IPR2015-01347

[2] The PTAB did not institute review of dependant claims 20 & 21.

44 Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone (415) 391-7111
Facsimile (415) 391-8766
patricia.peden@leclairryan.com
duane.mathiowetz@ leclairryan.com
rick.chang@ leclairryan.com

*Attorneys for Defendant PIXART IMAGING, INC.*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2015, the foregoing NOTICE OF RELEVANT DETERMINATION FROM RELATED PROCEEDINGS was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

/s/ Adriana l. Lawrence
Adriana l. Lawrence