**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, a Texas Limited Liability Company, | |
| Plaintiff, | |
| v. | Civil Action No. 2:15-cv-247 |
| **NINTENDO OF AMERICA INC.**, a Washington Corporation; **NINTENDO CO., LTD**, a Japanese Corporation; **GAME X CHANGE, INC.**, an Arkansas Corporation; **GAMES2GO**, a business in the Eastern District of Texas, and **PIXART IMAGING, INC.**, a Taiwanese Corporation, | **(JURY TRIAL DEMANDED)** |
| Defendants | |

## NOTICE OF ACTION IN A RELATED MATTER

Plaintiff SyncPoint Imaging, LLC hereby notifies the Court of activity in a related matter, namely, In re Karl Hansen and Lisa Hansen, 12-11907-JMD Dkt. 46 (United States Bankruptcy Court, District of New Hampshire, December 22, 2015). Attached hereto is an objection to the motion (Bankruptcy Dkt. 39) previously provided to the Court.

Dated: December 29, 2015

Respectfully Submitted,

/s/ D. Jeffrey Rambin
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

Joseph G. Pia
State Bar No. 24093854
joe.pia@padrm.com
Pia Anderson Dorius Reynard & Moss
TX: 904 Meadow Lane
Southlake, Texas 76092
UT: 222 South Main St., Suite 1830
Salt Lake City, Utah  84101
Phone: (801) 350-9000
Fax: (801) 350-9010

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 29, 2015.

/s/ D. Jeffrey Rambin