**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**NINTENDO OF AMERICA INC.**, a Washington Corporation; **NINTENDO CO., LTD**, a Japanese Corporation; **GAME X CHANGE, INC.**, an Arkansas Corporation; **GAMES2GO**, a business in the Eastern District of Texas, and **PIXART IMAGING, INC.**, a Taiwanese Corporation,<br><br>Defendants | Civil Action No. 2:15-cv-247 –TH-RSP<br><br><br>**(JURY TRIAL DEMANDED)** |

## ORDER GRANTING EMERGENCY MOTION TO STAY

CAME ON FOR CONSIDERATION, Plaintiff SyncPoint Imaging, LLC's Emergency

Motion to Stay.  Having considered the motion, it is hereby GRANTED.