# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, | § |
| | § |
| v. | §   Case No. 2:15-CV-247-JRG-RSP |
| | § |
| NINTENDO OF AMERICA, INC., ET AL. | § |
| | § |

## ORDER

Before the Court is defendant PixArt Imaging Inc.'s ("PixArt") Emergency Motion to Modify the Stipulated Protective Order to Permit Disclosure of Deposition Transcripts to the U.S. Trustee. (Dkt. No. 224).

It is **ORDERED** that the Protective Order (Dkt. No. 80) is modified as follows: Defendant Pixart is authorized to provide Olga L. Gordon, Chapter 7 Trustee in the U.S. Bankruptcy Court for the District of New Hampshire, copies of the depositions of Karl Hansen, Lisa Hansen, and Mark Hansen together with any exhibits thereto (the "Hansen Depositions").

It is further **ORDERED** that Olga L. Gordon shall keep the Hansen Depositions strictly confidential and shall not disseminate, copy, or disclose the contents of the Hansen Depositions.

Olga L. Gordon may request a modification of this Order by filing a motion with this Court in the above-captioned case.

**SIGNED this 4th day of January, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE