# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:　　　　　　　　　　　　　　　　　　　　Bk. No. 12-11907-JMD
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Karl C. Hansen and Lisa H. Hansen,
　　　　Debtor(s)

## ORDER OF THE COURT

Hearing Date:　　　　01/05/2016

Nature of Proceeding:　　Doc# 39 Motion to Sell Property Free and Clear of Liens certain Domestic and Foreign Patents Filed by Trustee Olga L. Gordon (Attachments: # 1 Notice of Intended Private Sale # 2 Exhibit A (Purchase & Sale Agreement) # 3 Proposed Order)

Outcome of Hearing:　　DENIED WITHOUT PREJUDICE FOR THE REASONS STATED ON THE RECORD.

IT IS SO ORDERED:

/s/ J. Michael Deasy　　　　01/05/2016

J. Michael Deasy
Bankruptcy Judge