**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNCPOINT IMAGING, LLC §<br>§<br>§<br>v. §<br>§<br>§ Case No. 2:15-cv-00247-JRG-RSP<br>NINTENDO OF AMERICA INC.; §<br>NINTENDO CO., LTD; GAME X §<br>CHANGE, INC.; GAMES2GO; PIXART §<br>IMAGING, INC. § | |

**ORDER**

Previously, the Court appointed Don Tiller as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Tiller's invoice for services through January 7, 2016 in the amount of $21,818.19 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                                                                          $10,909.10

Defendants:                                                                                     $10,909.10

**SIGNED this 7th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE