# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**NINTENDO OF AMERICA INC.**, a Washington Corporation; **NINTENDO CO., LTD**, a Japanese Corporation; **GAME X CHANGE, INC.**, an Arkansas Corporation; **GAMES2GO**, a business in the Eastern District of Texas, and **PIXART IMAGING, INC.**, a Taiwanese Corporation,<br><br>Defendants | Civil Action No. 2:15-cv-247 –JRG-RSP<br><br><br><br>**(JURY TRIAL DEMANDED)** |

## ORDER GRANTING EMERGENCY MOTION TO STAY

CAME ON FOR CONSIDERATION, Plaintiff SyncPoint Imaging, LLC's Emergency Motion to Stay. Having considered the motion and the response thereto, it is hereby GRANTED. Accordingly, this case is hereby stayed pending disposition of the proceedings regarding ownership of the asserted patent. Whether the stay should continue for the other reasons set out by Defendants will be decided when, and if, Plaintiff moves to lift the stay.

This stay does not apply to the Order entered today regarding payment of the fee of the Technical Advisor.

**SIGNED this 7th day of January, 2016.**

ROY S. PAYNE