**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, § | |
| § | |
| *Plaintiff*, § | |
| vs. § | |
| § | Case No. 2:15-cv-00247-JRG-RSP |
| NINTENDO OF AMERICA INC., ET AL., § | |
| § | **JURY TRIAL DEMANDED** |
| *Defendants*. § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING
DEADLINES AND PAGE LIMITS**

CAME ON FOR CONSIDERATION, Plaintiff, SyncPoint Imaging, LLC ("Plaintiff's") and Defendants Nintendo Co., Ltd., Nintendo of America Inc., and PixArt Imaging, Inc., (collectively, "Defendants'") Joint Motion for Extension of Briefing Deadlines and Page Limits. Having considered the motion, it is hereby GRANTED.

Accordingly the Court hereby ORDERS the following regarding Nintendo's Motion for Exceptional Case Attorney Fees Under 35 U.S.C. § 285 (Dkt. 290), Nintendo's Motion for Determination of No Privilege (Dkt. 292), and PixArt Imaging, Inc.'s Joinder in Nintendo's Motion for Exceptional Case Attorney Fees Under 35 U.S.C. § 285 (Dkt. 293) (collectively, the "pending motions"):

1. Oppositions to all pending motions shall be due on or before March 29, 2018, with a page limit on the opposition to Dkt. 290 not to exceed thirty (30) pages.

2. Replies to all pending motions shall be due on or before April 12, 2018, with a page limit on the reply to Dkt. 290 not to exceed ten (10) pages.

3. Sur-replies to all pending motions shall be due on or before April 26, 2018, with a page limit on the sur-reply to Dkt. 290 not to exceed ten (10) pages.

**SIGNED this 5th day of March, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE