RE: EDTX 3-12-18 SyncPoint 2-15cv247appeal to: Debbie 03/13/2018 10:48 AM
From: appeal
To: "Debbie

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.

Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000