# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| SYNCPOINT IMAGING, LLC, | |
| Plaintiff, | **No. 2:15-cv-00247-JRG-RSP** |
| vs. | [Jury Trial Demanded] |
| NINTENDO OF AMERICA INC., et al., | |
| Defendants. | |

**[Proposed] Order On Emergency Motion For Issuance of
Subpoena for the Deposition of Ms. Lannea Butler**

Before the Court is Defendants Nintendo of America Inc. and Nintendo Co., Ltd.'s (collectively, "Nintendo") Emergency Motion For Issuance of Subpoena for the Deposition of Ms. Lannea Butler (the "Motion"). The Court, having considered the Motion, and any oppositions and replies thereto, finds good cause to grant the Motion. The Court therefore ORDERS that the Motion is GRANTED, and Nintendo may issue a subpoena for the deposition of Ms. Lannea Butler in advance of the June 14, 2018 hearing.

IT IS SO ORDERED.