# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYNCPOINT IMAGING, LLC**, <br> Plaintiff, <br><br> v. <br><br> **NINTENDO OF AMERICA INC.**, et al. <br> Defendants. | Civil Action No. 2:15-cv-247-JRG-RSP <br><br> **FILED UNDER SEAL** |

## ORDER DENYING NINTENDO'S EMERGENCY MOTION FOR DISCOVERY

CAME ON FOR CONSIDERATION, Nintendo's Emergency Motion for Discovery.

Having considered the motion, it is hereby DENIED.