**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYNCPOINT IMAGING, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:15-cv-247-JRG-RSP |
| NINTENDO OF AMERICA, INC., et al. | | JURY TRIAL DEMANDED |
| Defendants. | | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

  Non-Party Pia, Anderson, Moss & Hoyt, LLC, files this Notice of Appearance of Counsel in the above entitled and numbered action and shows:

  1. Non-Party Pia Anderson Moss & Hoyt, LLC desires to designate Andy Tindel as counsel for Non-Party Pia Anderson Moss & Hoyt, LLC with respect to the Evidentiary Hearing set by the Court for June 14, 2018 at 9:00 a.m. in the United States Courthouse in Marshall, Texas and any other proceedings in this Court related to the Motion for Exceptional Case Attorney Fees Under 35 U.S.C. § 285 (Doc. No. 290) filed by Defendants Nintendo Co., Ltd. and Nintendo of America, Inc. and the Motion for Joinder in Nintendo's Motion for Exceptional Case Attorney Fees (Doc. No. 292) filed by Defendant PixArt Imaging, Inc. that the Court granted by Order (Doc. No. 324) dated May 10, 2018.

  2. Andy Tindel is a member in good standing of the bar of the United States District Court for the Eastern District of Texas. The information required by E. Dist. Tex. Loc. Ct. R. CV-11 for appearing counsel is as follows:

ANDY TINDEL
Texas State Bar No. 20054500
MT²LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

All notices, orders or other filings concerning the above referenced proceedings in this civil action may be delivered to Andy Tindel via the contact information listed above.

Dated: June 12, 2018

Respectfully submitted,

/s/ Andy Tindel
ANDY TINDEL
Texas State Bar No. 20054500

MT²LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR NON-PARTY
PIA ANDERSON MOSS HOYT, LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 12th day of June, 2018. Any other counsel of record will be served via electronic transmission.

_____
Andy Tindel