UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA, INC., et al.<br><br>Defendants. | Civil Action No. 2:15-cv-00247-JRG-RSP<br><br>█████████ |

**NOTICE OF ADDITIONAL ATTACHMENTS IN SUPPORT OF PIXART IMAGING, INC.'S JOINDER IN NINTENDO'S MOTION FOR EXCEPTIONAL CASE ATTORNEY FEES UNDER 35 U.S.C. § 285 (DKT. 290 and DKT. 292)**

Index of Additional Attachments

1. Supplemental Declaration of Duane H. Mathiowetz in Support of Pixart Imaging, Inc.'s Joinder in Nintendo's Motion for Exceptional Case Attorney Fees Under 35 U.S.C. § 285

2. Exhibit 11

Dated: June 11, 2018

    Respectfully submitted,

    */s/ Duane H. Mathiowetz w/permission Claire Henry*
    Duane H. Mathiowetz (CA Bar No. 111831)
    *(admitted in the E.D. Texas)*
    Rick C. Chang (CA Bar No. 209515)
    *(admitted in the E.D. Texas)*
    FOLEY & LARDNER LLP
    555 California Street, Suite 1700
    San Francisco, CA 94104
    Tel:    (415) 434-4484
    Fax:    (415) 434-4507
    dmathiowetz@foley.com
    rchang@foley.com

    T. John Ward, Jr.
    Texas State Bar No. 00794818

Jack Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
jw@wsfirm.com
wh@wsfirm.com
claire@wsfirm.com

*Attorneys for Defendant*
*PixArt Imaging, Inc.*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order (Dkt. 80) entered in this matter.

*/s/ Duane M .Mathiowetz*
Duane M. Mathiowetz

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 11th day of June, 2018.

*/s/ Claire Henry*
Claire Henry