UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SyncPoint Imaging, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Nintendo of America Inc., et al.,<br><br>Defendants. | No. 2:15-cv-00247-JRG-RSP |

**Nintendo's Post-Hearing Motion to Join
Karl Hansen and the Pia Firm as Party Defendants**

In its Motion for Exceptional Case Attorney Fees, Nintendo requested that the Pia Firm and Mr. Hansen be joined as parties to this case and that fees be imposed jointly and severally against them.[1] On June 14, 2018, the Court held a hearing on Nintendo's Motion. The hearing revealed: (1) SyncPoint is the alter ego of Mr. Hansen, and that the corporate veil separating SyncPoint and Mr. Hansen should be pierced; and (2) the Pia Firm was directly and actively responsible for the conduct that made this case exceptional, and therefore, should be jointly and severally responsible for Nintendo's fees associated with this exceptional case.

Therefore, Nintendo respectfully, formally, moves the Court pursuant to Federal rule of Civil Procedure 19 and the Court's inherent power[2] for an order joining Mr. Hansen and the Pia Firm and imposing any award of attorney fees jointly and severally against them.

---

[1] Dkt. 290 at 1, 21, 30 (Motion for Attorney's Fees); Dkt. 320 at 8-9 (Reply Brief in Support of Motion); Dkt. 355.
[2] *See*, *Iris Connex, LLC v. Dell, Inc.*, 235 F.Supp.3d 826, 839 (E.D. Tex. 2017).

Dated: June 25, 2018                Respectfully submitted,

By: /s/ *Grant Kinsel*
       Grant Kinsel

Grant Kinsel (lead attorney)
CA Bar No. 172407
Email: gkinsel@perkinscoie.com
Kyle M. Amborn
Wash. St. Bar. No. 48340
Email: kamborn@perkinscoie.com
Kevin A. Zeck
Wash. St. Bar No. 41689
Email: kzeck@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206.359.3002
Fax: 206.359.4002

Ryan B. Hawkins
Ca Bar No. 256146
Email: rhawkins@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Tel: 858.720-5700
Fax: 858.720-5799

Clyde M. Siebman
Siebman, Burg, Philips & Smith, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:   903.870.0070
Fax:   903.870-0066
email: Siebman@siebman.com

*Attorneys for Nintendo Co., Ltd. and Nintendo of America Inc.*

–3–

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are deemed to have consented to electronic service are being served this June 25, 2018 with a copy of this document via the Court's CM/ECF system.

/s/  *Kevin A. Zeck*  
Kevin A. Zeck